UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERON FRANKLIN,<br><br>Petitioner,<br><br>v.<br><br>MS. BREITENBACH,<br><br>Respondent. | Case No. 3:26-cv-00595-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Teron Franklin filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and a motion for appointment of counsel. (ECF Nos. 1-1 (“Petition”), 1-2 (“Motion”).) Following an initial review of the Petition, the Court deferred ruling on the Motion and instructed Franklin to show cause why the Petition should not be dismissed as second or successive given that (1) it challenges the same judgment of conviction that was challenged in case number 3:18-cv-00150-MMD-CLB, and (2) the petition filed in case number 3:18-cv-00150-MMD-CLB was decided on the merits. (ECF No. 5.)

Franklin timely filed his response to the Order to Show Cause. (ECF No. 6.) In his response, Franklin does not allege that he has been given permission by the Court of Appeals for the Ninth Circuit to file this Petition. *See* 28 U.S.C. § 2244(b)(3)(A) (“Before a second or successive application . . . is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.”). However, Franklin does request that the Court exercise its discretionary authority to transfer the Petition to the Court of Appeals for the Ninth Circuit for consideration as an application for leave to file a second or successive petition. *See* 28 U.S.C. § 1631; 9th Cir. R. 22-3.

///

It is therefore ordered that the Petition (ECF No. 1-1) is referred to the Court of Appeals for the Ninth Circuit for consideration as an application for leave to file a second or successive habeas corpus petition under Ninth Circuit Rule 22-3(a).

It is further ordered that the Petition is dismissed without prejudice to its refiling should Franklin obtain permission to do so from the Court of Appeals for the Ninth Circuit. To the extent such analysis is required, a certificate of appealability is denied as reasonable jurists would not find the dismissal of the Petition to be debatable or wrong for the reasons discussed herein.

It is further ordered that the Motion (ECF No. 1-2) is denied as moot.

It is further kindly ordered that the Clerk of Court (1) file the Petition (ECF No. 1-1); (2) send a copy of the Petition (ECF No. 1-1), response to the order to show cause (ECF No. 6), and this Order to the Court of Appeals for the Ninth Circuit; (3) add Nevada Attorney General Aaron D. Ford as counsel for Respondent[1]; (4) provide the Nevada Attorney General with copies of this Order and all other filings in this matter by regenerating the notices of electronic filing; (5) enter judgment; and (6) close this case.

DATED THIS 21st Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

[1]No response is required from Respondent other than to respond to any orders of a reviewing court.